UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KINSTON WALKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEL FRISCO'S GRILLE OF WASHINGTON, DC, LLC,<br><br>　　　　Defendant. | Case No.: 1:19-cv-02136-EGS |

## NOTICE OF SETTLEMENT

Pursuant to paragraph 14 of this Court's Standing Order Governing Civil Cases, the parties wish to notify the Court that they have reached a settlement in principal. The parties anticipate that they will be able to finalize a settlement agreement and file a joint stipulation of dismissal with prejudice by December 20, 2019.

Respectfully submitted,

| | |
|---|---|
| /s/ C.K. Lee | /s/ Christopher E. Humber |
| C.K. Lee (D.C. Bar 1023886) | Christopher E. Humber (D.C. Bar 462447) |
| Lee Litigation Group, PLLC | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| 148 West 24th Street, 8th Floor | 1909 K Street, N.W., Suite 1000 |
| New York, NY 10101 | Washington, D.C. 20006 |
| Tel.: (212) 465-1188 | Tel: 202-887-0855 |
| Fax:   (212) 465-1181 | Fax: 202-887-0866 |
| cklee@leelitgation.com | christopher.humber@ogletree.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this November 20, 2019, I caused the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

>C.K. Lee, Esq.
>Lee Litigation Group, PLLC
>148 West 24th Street, 8th Floor
>New York, NY 10101
>cklee@leelitgation.com

      */s/ Christopher E. Humber*
      *Counsel for Defendant*

40785783.1